SCWC-13-0000112

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

PAUL RICHARD CASSIDAY, Trustee under that certain Trust Agreement made by Charlotte Harriet Lucas Cassiday dated February 28, 1974 and TRACY P. ALLEN, Trustee of the Tracy Allen Trust dated April 1, 2008, Respondents/Plaintiffs-Appellees,

vs.

JOAN A. VANNATTA, Petitioner/Defendant-Appellant,

and

BANK OF HAWAI'I, a domestic Profit Corporation, Defendant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000112; CIVIL NO. 12-1-1886-06)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Defendant-Appellant Joan A. Vannatta's

Application for Writ of Certiorari filed on September 22, 2014,

is hereby rejected.

DATED:  Honolulu, Hawai'i, November 3, 2014.

Terrance M. Revere
Lauren C. McDowell
for petitioner

Kevin S.W. Chee
Devon I. Peterson
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

